Joe Angelo **SOTELO, Jr., Appellant,**

v.

The **STATE of Texas, Appellee.**

No. 1687–96.

Court of Criminal Appeals of Texas,
En Banc.

April 22, 1998.

Ward Casey, Fort Worth, for appellant.

Danielle A. Le Gault, Asst. Dist. Atty., Fort Worth, Matthew Paul, State's Atty., Austin, for State.

*OPINION ON STATE'S PETITION FOR DISCRETIONARY REVIEW*

PER CURIAM.

Our decision to grant the State's petition for discretionary review to review the Court of Appeals' decision in *Sotelo v. State,* 931 S.W.2d 745 (Tex.App.—Fort Worth 1996), was improvident. Accordingly, the State's petition for discretionary review is dismissed.

McCORMICK, P.J., and MANSFIELD, KELLER and WOMACK, JJ., dissent.